

## United States District Court
## Eastern District of California

Heather McGowan et al.

Plaintiff(s)

Case Number: 2:26-cv-01094-TLN-SCR

V.

Anthem Blue Cross Life and Health Insurance

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Steve Cohen hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

all plaintiffs

On October 28, 2013 (date), I was admitted to practice and presently in good standing in the New York Appellate Division - First Dep't (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/06/2026

Signature of Applicant: /s/ Steve Cohen

**Pro Hac Vice Attorney**

Applicant's Name: Steve Cohen

Law Firm Name: Pollock Cohen LLP

Address: 111 Broadway

Suite 1804

City: New York    State: NY    Zip: 10006

Phone Number w/Area Code: (646) 517-0542

City and State of Residence: New York, NY

Primary E-mail Address: steve@pollockcohen.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Ben Travis

Law Firm Name: BEN TRAVIS LAW, APC

Address: 12481 High Bluff Drive, Suite 300

City: San Diego    State: CA    Zip: 92130

Phone Number w/Area Code: (619) 353-7966    Bar # 305641

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 7, 2026

JUDGE, U.S. DISTRICT COURT