Ben Travis (SBN 305641)
**BEN TRAVIS LAW, APC**
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
(619) 353-7966
ben@bentravislaw.com

Steve Cohen (admitted *pro hac vice*)
**POLLOCK COHEN LLP**
111 Broadway, Suite 1804
New York, NY 10006
(212) 337-5361
Scohen@PollockCohen.com

Jacob Gardener (admitted *pro hac vice*)
**WALDEN HARAN WILLIAMS LLP**
250 Vesey St., 27th Floor
New York, NY 10281
(212) 335-2965
jgardener@whwllp.com

*Attorneys for Plaintiffs Heather McGowan, Karen Murphy-Acosta and the Putative Class*

Kenneth N. Smersfelt (SBN 166764)
**CROWELL & MORING LLP**
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690
ksmersfelt@crowell.com

Beatrice B. Nguyen (SBN 172961)
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827
bbnguyen@crowell.com

*Attorneys for Defendant Anthem Blue Cross Life and Health Insurance Company*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

HEATHER McGOWAN and KAREN MURPHYACOSTA on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,

Defendant.

Case No. 2:26-cv-01094-TLN-SCR

**STIPULATION AND ORDER TO FURTHER MODIFY BRIEFING SCHEDULE ON DEFENDANT ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY'S MOTION TO DISMISS AND PETITION TO COMPEL ARBITRATION**

The parties, by and through their respective counsel, hereby stipulate and jointly request as follows:

**RECITALS**

WHEREAS, on March 24, 2026, plaintiffs Heather McGowan and Karen Murphy-Acosta (collectively, "Plaintiffs") filed a Class Action Complaint (the "Complaint") against defendant Anthem Blue Cross Life and Health Insurance Company ("Defendant") (together, the "Parties");

WHEREAS, Defendant filed a Petition to Compel Arbitration, Stay Court Proceedings, and Enforce Class Waiver and a Motion to Dismiss (together, the "Motions") on July 22, 2026, ECF Nos. 19, 20, after the Court granted the parties' Stipulation to Extend Time for Anthem to Respond to the Complaint on June 25, 2026, ECF No. 18;

WHEREAS, the Court granted the Parties' Stipulation to Modify Briefing Schedule on Defendant Anthem Blue Cross Life and Health Insurance Company's Motion to Dismiss and Petition to Compel (ECF No. 21), ECF No. 22;

WHEREAS, Defendant filed a Motion for Leave to File Redacted Agreement to file the redacted Administrative Services Agreement between Defendant and California's Value Trust (the "CVT ASA") (ECF No. 23), which the Court denied but noted that Defendant may file a request to seal the CVT ASA under E.D. L.R. 141, ECF No. 25;

WHEREAS, Plaintiffs filed a Motion for Extension of Time to extend the briefing deadlines for the Motions until 14 days after the Court resolves Defendant's Motion for Leave to File Redacted Agreement, ECF. No. 24;

WHEREAS, Defendant intends to file a request to seal the CVT ASA under E.D. L.R. 141;

WHEREAS, the Parties intend to negotiate and submit a stipulated protective order for the Court's consideration under E.D. L.R. 141.1.

/ / /

/ / /

/ / /

/ / /

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, on the one hand, and Defendant, on the other hand, by and through their respective counsel, that:

1. Plaintiffs' deadline to respond to the Motions is extended to 14 days after Defendant provides Plaintiffs with an unredacted CVT ASA pursuant to a stipulated protective order entered by the Court[1] or as an exhibit to Defendant's motion to seal the CVT ASA, whichever is earlier.

2. Defendant's deadline to file its replies in support of the Motions is 21 days after Plaintiffs serve their opposition to the Motions.

3. Good cause exists for this extension because it will allow the Parties time to negotiate a stipulated protective order and submit to the Court for its consideration and for Defendant to file its motion to seal the CVT ASA.

4. The Parties submit this stipulation in good faith and not for the purpose of delay, and neither party will be prejudiced by the requested modification.

5. Defendant was granted an extension of time to respond to Plaintiffs' Complaint on June 25, 2026, ECF No. 18.

6. The Parties were granted an extension on the briefing schedule for the Motions on July 30, 2026, ECF No. 22.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[1] The Parties will inform the Court of the date Defendant provides Plaintiff with the unredacted CVT ASA, if it is provided pursuant to this first option.

Dated: August 28, 2026

**POLLOCK COHEN LLP**

By: */s/ Steve Cohen*
Steve Cohen (admitted *pro hac vice*)
Attorneys for Plaintiffs

Dated: August 28, 2026

**CROWELL & MORING LLP**

By: */s/ Beatrice B. Nguyen*
Kenneth N. Smersfelt
Beatrice B. Nguyen
Attorneys for Defendant
Anthem Blue Cross Life and Health
Insurance Company

**IT IS SO ORDERED.**

DATED: August 28, 2026



Troy L. Nunley
Chief United States District Judge